IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03223-LTB

JAMES RUDNICK,

    Applicant,

v.

WARDEN JAMES FALK, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This action was dismissed on February 14, 2014.  Plaintiff has filed a "Motion for Transfer of Records (of Appellate Records)" with the Court (ECF No. 20) requesting the transfer of appeal records.  The request (ECF No. 20) is DENIED because the Court does not have the appeal records.

Dated:  February 25, 2014